FILED
CLERK, U.S. DISTRICT COURT

JAN 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TONY RAYNARD TARLTON,                 )     NO. CV 07-5162-CJC(CT)
                                      )
                  Petitioner,         )     ORDER ACCEPTING
                                      )     MAGISTRATE JUDGE'S
        v.                            )     REPORT AND RECOMMENDATION
                                      )
TONY HEDGPETH, Warden,                )
                                      )
                  Respondent.         )
_____)

     Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The court concurs with the recommendation of the magistrate judge.

     ACCORDINGLY, IT IS ORDERED:

     1.   The report and recommendation is accepted.

     2.   Judgment shall be entered consistent with this order.

     3.   The clerk shall serve this order and the judgment on all counsel or parties of record.

     DATED: January 8, 2008

                                        CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE