UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY RAYNARD TARLTON, | ) | NO. CV 07-5162-CJC(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| TONY HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: January 8, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE